BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-MJ-00098-SKO |
| Plaintiff, | **GOVERNMENT'S MOTION TO DISMISS**<br>Fed. R. Crim. P. 48(a) |
| v. | |
| MARIA CANDELARIA GARIA, | |
| Defendant. | |

The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, hereby moves to dismiss the charges in the above-entitled complaint as to defendant, without prejudice, and in the interest of justice. The government further requests that any warrant be recalled.

Dated: August 17, 2015                              Respectfully submitted,

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney
                                                    By /s/ *Kathleen A. Servatius*

                                                    KATHLEEN A. SERVATIUS
                                                    Assistant U.S. Attorney

IT IS SO ORDERED.

   Dated:  **August 18, 2015**                         **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE

Motion to Dismiss, FRCrimP 48(a)                    1